# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| EVEDENE E. LEECH, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    No. 2:16-cv-487-GZS |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) |
| | ) |
|     Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 28, 2017, his Recommended Decision (ECF No. 19). Plaintiff filed her Objection to the Magistrate Judge's Recommended Decision (ECF No. 20) on July 11, 2017. Defendant filed her Response to Plaintiff's Objection to the Magistrate Judge's Recommended Decision (ECF No. 21) on July 25, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 26th day of July, 2017.